UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:10-cv-1490-Orl-35KRS

ENPAT, INC.,

    Plaintiff,

v.

LATITUDE 2855 LLC,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**
(in behalf of Defendant Latitude 2855 LLC)

We hereby disclose the following pursuant to this Court's *Order on Interested Persons and Corporate Disclosure Statement* in behalf of Defendant Latitude 2855 LLC:

    1.    **the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:**

        Latitude 2855 LLC, Defendant
        George Kirby, Managing Member, Latitude 2855 LLC
        Harry W. Lawrence, Managing Member, Latitude 2855 LLC
        Michael V. Elsberry, Attorney for Defendant Latitude 2855 LLC
        Harry W. Lawrence, Attorney for Defendant Latitude 2855 LLC
        Lowndes, Drosdick, Doster, Kantor & Reed, P.A.

    2.    **the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceeding:**

        None known.

3. **the name of every other entity which is likely to be an active participant in the proceedings, including the debt or and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):**

N/A

4. **the name of each victim (individual and corporate), including every person who may be entitled to restitution:**

None known.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

/s/ Harry W. Lawrence
**MICHAEL V. ELSBERRY**
Florida Bar No.: 0191861
michael.elsberry@lowndes-law.com
**HARRY W. LAWRENCE**
Florida Bar No.: 094767
hlawren287@earthlink.net
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 South Orange Avenue
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Attorneys for Latitude 2855 LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2010, I electronically filed the foregoing *Certificate of Interested Parties and Corporate Disclosure Statement* with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

/s/ Harry W. Lawrence
Harry W. Lawrence

0099998\010901\1335811\1